# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Adviento | 30171 | 07/10/2012 | Affirmed |
| District Council 50 of Intern. Union of Painters and Allied Trades v. Lopez | 28762 | 07/26/2012 | Affirmed |
| State v. Gallarde | 30283 | 07/31/2012 | Vacated and Remanded |
| Blake v. County of Kauai Planning Com'n | CAAP– 11–00 00342 | 08/21/2012 | Affirmed |
| State v. Ramangmou | CAAP– 11–00 00435 | 08/22/2012 | Reversed |
| Lanaians for Sensible Growth v. Land Use Com'n | CAAP– 11–00 00331 | 08/24/2012 | Vacated and Remanded |
| Diamond v. Dobbin | 30573, CAAP– 11–00 00345 | 08/31/2012 | Reversed |
| Cabral v. State | 28669 | 08/31/2012 | Affirmed and Remanded |